UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-22036-JEM

HOWARD MICHAEL CAPLAN,

      Plaintiff,

vs.

BM2 PROPERTY MANAGEMENT CORPORATION, a Florida Profit Corporation, BM2 REALTY, LLC, a Florida Limited Liability Company, BRIGHTWAY PROPERTIES, L.L.C., a Florida Limited Liability Company, d/b/a BM2 REALTY, and MANAEZ LLC, a Florida Limited Liability Company

      Defendant(s).
_____/

## NOTICE OF VERBAL SETTLEMENT

      The undersigned counsel hereby files this Notice of Verbal Settlement and gives notice to this Honorable Court that the parties are in the process of completing settlement documents which will resolve all the issues pertaining to this lawsuit and will be submitting a Stipulation of Dismissal shortly thereafter.

Respectfully submitted,

By: _Ronald E. Stern_
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd., Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, HOWARD MICHAEL CAPLAN

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:22-cv-22036-JEM

HOWARD MICHAEL CAPLAN,

      Plaintiff,

vs.

BM2 PROPERTY MANAGEMENT CORPORATION, a Florida Profit Corporation, BM2 REALTY, LLC, a Florida Limited Liability Company, BRIGHTWAY PROPERTIES, L.L.C., a Florida Limited Liability Company, d/b/a BM2 REALTY, and MANAEZ LLC, a Florida Limited Liability Company

      Defendant(s).
_____/

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on September 15, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF.


By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff